IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JULIA AUSTIN f/k/a JULIA DRAPER, | |
| Plaintiff, | 4:11CV3023 |
| v. | **JUDGMENT** |
| PORTFOLIO RECOVERY ASSOCIATES, L.L.C., a Delaware Limited Liability Company, | |
| Defendants. | |

Pursuant to the plaintiff's notice of voluntary dismissal with prejudice (filing 5) filed prior to service of an answer or motion for summary judgment by the defendant indicating that the parties have settled this matter, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), this case is dismissed with prejudice, each party to pay its own costs and attorney fees.

DATED this 21st day of April, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge